# Court of Appeals
# of the State of Georgia

ATLANTA,  June 03, 2022

*The Court of Appeals hereby passes the following order:*

**A22A1532. MARIO R. SULLIVAN v. THE STATE.**

In 2015, Mario R. Sullivan pleaded guilty to burglary, armed robbery, and other crimes. In May 2022, he filed a motion in which he essentially sought to quash the indictment. The trial court denied Sullivan's motion, and he filed this appeal.[1] We lack jurisdiction.

A challenge to the validity of an indictment is a challenge to a criminal conviction. See *Jones v. State*, 290 Ga. App. 490, 494 (2) (659 SE2d 875) (2008). Our Supreme Court has made clear that a motion seeking to challenge an allegedly invalid or void judgment of conviction "is not one of the established procedures for challenging the validity of a judgment in a criminal case" and that an appeal from the denial of such a motion is subject to dismissal. See *Roberts v. State*, 286 Ga. 532, 532 (690 SE2d 150) (2010); *Harper v. State*, 286 Ga. 216, 218 (2) (686 SE2d 786) (2009).

---

[1] We recently dismissed Sullivan's appeal from the denial of his motion for an out-of-time appeal. See Case No. A22A0622 (May 23, 2022).

Thus, Sullivan is not authorized to collaterally attack his conviction in this manner, and this appeal is hereby DISMISSED.



*Court of Appeals of the State of Georgia*
       *Clerk's Office, Atlanta,   06/03/2022          *
       *I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
       *Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ *, Clerk.*